UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. PATE, | No. 2:12-cv-01759 GEB JFM (HC) |
| Petitioner, | |
| v. | ORDER |
| M. MARTEL, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 24, 2013, respondent filed an answer to the petition for writ of habeas corpus. ECF No. 16. On March 8, 2013, the court granted petitioner's motion for a thirty day extension of time to file a traverse. ECF No. 19. Petitioner has not filed a traverse. A traverse is not a required pleading, and this case is now submitted for decision and in due course, the court will issue its findings and recommendations on the merits of the petition.

    On July 12, 2013, petitioner filed a request for certificate of appealability. ECF No. 22. However, petitioner's request is premature because a ruling on his petition has not yet been entered.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 12, 2013, request for a certificate of appealability (ECF No. 22) is denied as premature.

Dated: July 31, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pate1759.req